# INDEX OF EXHIBITS

| Exhibit # | Description |
|---|---|
| Exhibit 1 | Declaration of Jeremy Nichols (Dec. 16, 2017) |
| Exhibit 2 | Declaration of Allison Melton (Dec. 16, 2017) |
| Exhibit 3 | Declaration of Matt Reed (Dec. 16, 2017) |
| Exhibit 4 | Declaration of Peter Hart (Dec. 16, 2017) |
| Exhibit 5 | U.S. Dept. of Agriculture Forest Service, Supplemental Final Environmental Impact Statement: Federal Coal Lease Modifications COC-1362 & COC-67232, Aug. 2017 (excerpts) |
| Exhibit 6 | High Country Conservation Advocates, et al.'s Objections to Federal Coal Lease Modifications COC-1362 & COC-67232, Oct. 23, 2017 |
| Exhibit 7 | Letter from Maribeth Gustafson to Edward Zukoski (Dec. 7, 2017) (Forest Service Response to Objections) |
| Exhibit 8 | U.S. Dept. of Agriculture Forest Service, Final Record of Decision. Federal Coal Lease Modifications COC-1362 & COC-67232, Dec. 11, 2017 |
| Exhibit 9 | Dept. of the Interior Bureau of Land Management, Record of Decision, DOI-BLM-CO-S050-2015-0042-EIS, December 15, 2017 |
| Exhibit 10 | Mountain Coal Company, Notice of Intent to Explore (updated Nov. 8, 2017) ("Sunset Trail Area Exploration Plan") (excerpts) |
| Exhibit 11 | K. Welt, Notice Of Intent To Explore Involving Removal Of 250 Tons Or Less Of Coal |
| Exhibit 12 | FWS Concurrence letter (June 16, 2010) |
| Exhibit 13 | Letter of M. Stilley (July 24, 2017), comment on the Lease Modifications SDEIS |
| Exhibit 14 | Order, In re West Elk Exploration Plan, IBLA-2013-170 (July 10, 2013) ("IBLA Order Denying Full Force And Effect Petition") |
| Exhibit 15 | Mountain Coal Company, Map 51- E-Seam Projected Operations |
| Exhibit 16 | Interagency Working Group on Social Cost of Carbon. Technical Support Document: Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866 (Feb. 2010) |
| Exhibit 17 | Power Consulting, Inc., Analysis of the Federal Coal Lease Modifications COC-1362 & COC 67232 (Oct. 2017) |

| Exhibit 18 | Power Consulting et al., Objections to the Colorado Roadless Rule SFEIS (Dec. 2016) |
| --- | --- |
| Exhibit 19 | Power Consulting et al., Comments on the Federal Coal Lease Modifications COC-1362 & COC-67232 (July 23, 2017) |
| Exhibit 20 | EPA news release, EPA Takes Another Step To Advance President Trump's America First Strategy, Proposes Repeal Of "Clean Power Plan" (Oct. 10, 2017) |
| Exhibit 21 | U.S. Dept. of Agriculture Forest Service, Rulemaking for Colorado Roadless Areas, Supplemental Final Environmental Impact Statement, Nov. 2016 |
| Exhibit 22 | Declaration of John Horning (Dec. 16, 2017) |
| Exhibit 23 | Declaration of Sloan Shoemaker (Dec. 16, 2017) |
| Exhibit 24 | Declaration of Kieran Suckling (Dec. 17, 2017) |
| Exhibit 25 | Declaration of Brett Henderson (Dec. 17, 2017) |
| Exhibit 26 | Declaration of Pat Gallagher (Dec. 17, 2017) |