# EXHIBIT 13

Letter of M. Stilley (July 24, 2017), comment on the Lease Modifications SDEIS

Date submitted (Mountain Standard Time): 7/24/2017 4:58:09 PM
First name: Mark
Last name: Stilley
Organization:
Title:
Official Representative/Member Indicator:
Address1: 3923 Mt. Hayden Drive
Address2:
City: Montrose
State: CO
Province/Region:
Zip/Postal Code: 81403
Country: United States
Email: mark_stilley@shamrockfoods.com
Phone: 303-882-4132
Comments:
I am strongly opposed to any development of any kind in the Sunset trail area at the base of Mt. Gunnison.  My family and I have elk hunted in this area for over 45 years.  I've heard this area referred to as "pristine" and that is an understatement.  It should be left as it is.
We have hunted for decades up Minnesota Creek and we have watched our favorite spots get knocked off one by one because of road closures and access points.  Now when you hunt there, rather than listening to the sounds of nature, instead you hear generators and fans echoing across the basin.  There is also less game in there than there used to be.
We have watched drilling pad after drilling pad go up and roads scarred across the landscape.  I have bit my tongue in the past as I know that the community is in need of jobs.  Most of those are gone now and the future looks rather bleak for the coal industry.  I've never written a letter like this before to anyone for any reason, but enough is enough.  I take my stand to keep Sunset the way it has always been.  Once you start moving machinery in there and cutting trees and building roads, there is no going back.  It would never be the same.
I beg of you to keep it roadless and preserve what it is for my kids and grandkids.
Thank you for listening to me.