# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: December 21, 2017 |
| Court Reporter: Darlene Martinez and Tamara Hoffschildt | Time: 3 hours and 04 minutes |

**CASE NO. 17-cr-03025-PAB**

Parties                                              Counsel

**HIGH COUNTRY CONSERVATION**                        Edward Zukoski
**ADVOCATES,**                                       Mary Splitek
**WILDEARTH GUARDIANS,**
**CENTER FOR BIOLOGICAL DIVERSITY**
**SIERRA CLUB, and**
**WILDERNESS WORKSHOP,**

      Plaintiffs,

vs.

**UNITED STATES FOREST SERVICE,**                    John Most
**U.S. DEPARTMENT OF AGRICULTURE,**                  Lois Witte
**DANIEL JIRON,**                                    Kristen Guerriero
**SCOTT ARMENTROUT,**
**UNITED STATES DEPARTMENT OF THE**
**INTERIOR,**
**BUREAU OF LAND MANAGEMENT, and**
**KATHARINE MACGREGOR,**

      Defendants.

**MOUNTAIN COAL COMPANY, LLC,**                      Michael Drysdale

      Intervenor-Movant.

Page Two
17-cv-03025-PAB
December 21, 2017

---

### HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

---

**9:04 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion for Temporary Restraining Order [Docket No. 8]**

**9:06 a.m.**     Argument by Mr. Zukoski in support of the plaintiff's motion and comments in response to the Court's questions.

**10:18 a.m.**     Argument by Mr. Most and comments in response to the Court's questions.

**10:24 a.m.**     **COURT IN RECESS**

**10:43 a.m.**     **COURT IN SESSION**

        Argument by Mr. Most continues.

**11:07 a.m.**     Argument by Mr. Drysdale and comments in response to the Court's questions.

**11:37 a.m.**     Rebuttal argument by Mr. Zukoski.

**11:49 a.m.**     **COURT IN RECESS**

**12:09 p.m.**     **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**    Plaintiff's Motion for Temporary Restraining Order [Docket No. 8], is **DENIED**.

Page Three
17-cv-03025-PAB
December 21, 2017

**12:35 p.m.    COURT IN RECESS**

**12:49 p.m.    COURT IN SESSION**

**ORDERED:** Hearing on Plaintiff's Motion for Preliminary Injunction is scheduled for **January 19, 2018 at 8:00 a.m.**

**ORDERED:** Plaintiff's Renewed Motion for Preliminary Injunction is due **January 5, 2018.** Defendants and Intervenor-Movant's responses are due **January 16, 2018.** Plaintiff's reply is due by **noon on January 18, 2018.**

**1:01 p.m.    COURT IN RECESS**

**Total in court time:    184 minutes**

**Hearing concluded**