**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-3025-PAB

HIGH COUNTRY CONSERVATION ADVOCATES, et al.,

    Plaintiffs/Petitioners,

v.

UNITED STATES FOREST SERVICE, et al.,

    Defendants/Respondents, and

MOUNTAIN COAL COMPANY, LLC.

    Defendant-Intervenor/Respondent.

---

**PLAINTIFFS' UNOPPOSED MOTION TO VACATE PRELIMINARY INJUNCTION BRIEFING AND HEARING SCHEDULE**

---

    Plaintiffs/Petitioners High Country Conservation Advocates et al. ("Plaintiffs") respectfully move this Court to vacate its previous order setting a hearing and briefing schedule for a Preliminary Injunction. This motion is unopposed.

    Plaintiffs filed a motion for a temporary restraining order on December 18, 2017 to prevent on-the-ground damage from Phase 1 of Mountain Coal Company's Sunset Trail Area Exploration Plan, which was made possible by the challenged agency actions. ECF No. 8. The Court denied that motion after a hearing on December 21, 2017. ECF No. 26. At the December 21 hearing, and at Plaintiffs' request, the Court set deadlines for briefing on a motion for preliminary injunction, and set a January 19, 2018 hearing date on the motion. Id. The first briefing deadline is set for tomorrow, January 5, 2018.

Plaintiffs respectfully request that the Court vacate the deadlines and hearing regarding preliminary injunction set in the Court's December 21, 2017 order. The parties have agreed to an expedited merits briefing schedule set forth in the Joint Case Management Plan, filed contemporaneously with this Motion. The proposed expedited schedule is intended to permit completion of merits briefing by the end of April 2018, which would provide the Court with the opportunity to resolve the merits of the case by mid-June 2018, likely before the beginning of the Spring construction season. If approved by the Court, such a schedule would thus potentially obviate the need for Plaintiffs to seek further preliminary relief.

Plaintiffs' counsel contacted counsel for Federal Defendants and for Defendant-Intervenor Mountain Coal Company, both of whom represented that they do not oppose this motion.

Respectfully submitted January 4, 2018,

 s/ Edward B. Zukoski
Edward B. Zukoski
Mary Emily Splitek
Earthjustice
633 16th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
Fax: (303) 623-8083
tzukoski@earthjustice.org
esplitek@earthjustice.org

*Attorneys for Plaintiffs High Country Conservation Advocates, WildEarth Guardians, Center for Biological Diversity, Sierra Club, and Wilderness Workshop*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2018, I filed the foregoing **Plaintiffs' Unopposed Motion To Vacate Preliminary Injunction Briefing And Hearing Schedule** with the Court's electronic filing system, thereby generating service upon the following parties of record:

Michael Drysdale
DORSEY & WHITNEY LLP
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-5652
Facsimile: (612) 340-8800
Email: drysdale.michael@dorsey.com

Scott P. Sinor
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: sinor.scott@dorsey.com

Attorneys for Mountain Coal Company

John S. Most, Trial Attorney
United States Department of Justice
Natural Resources Section
Virginia Bar No. 27176
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-3353
Email: john.most@usdoj.gov

Counsel for Federal Defendants

                                                               s/ Edward B. Zukoski