IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17–cv–03025–PAB

HIGH COUNTRY CONSERVATION ADVOCATES,
WILDEARTH GUARDIANS,
CENTER FOR BIOLOGICAL DIVERSITY,
SIERRA CLUB, and
WILDERNESS WORKSHOP,

     Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
U.S. DEPARTMENT OF AGRICULTURE,
DANIEL JIRÓN, in his official capacity as Acting Under Secretary of Agriculture for
Natural Resources and Environment, U.S. Department of Agriculture,
SCOTT ARMENTROUT, in his official capacity as Supervisor of the Grand Mesa,
Uncompahgre, and Gunnison National Forests,
UNITED STATES DEPARTMENT OF THE INTERIOR,
BUREAU OF LAND MANAGEMENT, and
KATHARINE MACGREGOR, in her official capacity as Deputy Assistant Secretary,
Land and Minerals Management, U.S. Department of the Interior,

     Defendants, and

MOUNTAIN COAL COMPANY, LLC,

     Defendant-Intervenor.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed.

R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 62] of United States District Judge Philip A. Brimmer

entered on August 10, 2018, it is

ORDERED that the Motion of the Institute for Policy Integrity at New York

University School of Law to Participate as Amicus Curiae and with Proposed Amicus

Brief in Support of Plaintiffs [Docket No. 41] is GRANTED.  It is further

ORDERED that the Agencies' decisions are AFFIRMED.  It is further

ORDERED that judgment is hereby entered in favor of defendants United States Forest

Service, U.S. Department of Agriculture, Daniel Jirón, in his official capacity as Acting Under

Secretary of Agriculture for Natural Resources and Environment, U.S. Department of

Agriculture, Scott Armentrout, in his official capacity as Supervisor of the Grand Mesa,

Uncompahgre, and Gunnison National Forests, United States Department of the Interior, Bureau

of Land Management, and Katharine MacGregor, in her official capacity as Deputy Assistant

Secretary, Land and Minerals Management, U.S. Department of the Interior, and against

plaintiffs High Country Conservation Advocates, WildEarth Guardians, Center for Biological

Diversity, Sierra Club, and Wilderness Workshop.  It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed in its entirety.

Dated at Denver, Colorado this 16th day of August, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
     Deputy Clerk