IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-03025-PAB

HIGH COUNTRY CONSERVATION ADVOCATES,
WILDEARTH GUARDIANS,
CENTER FOR BIOLOGICAL DIVERSITY,
SIERRA CLUB, and
WILDERNESS WORKSHOP,

     Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
U.S. DEPARTMENT OF AGRICULTURE,
DANIEL JIRÓN, in his official capacity as Acting Under Secretary of Agriculture for Natural Resources and Environment, U.S. Department of Agriculture,
SCOTT ARMENTROUT, in his official capacity as Supervisor of the Grand Mesa, Uncompahgre, and Gunnison National Forests,
UNITED STATES DEPARTMENT OF THE INTERIOR,
BUREAU OF LAND MANAGEMENT, and
KATHARINE MACGREGOR, in her official capacity as Deputy Assistant Secretary, Land and Minerals Management, U.S. Department of the Interior,

     Defendants, and

MOUNTAIN COAL COMPANY, LLC,

     Defendant-Intervenor.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court on Plaintiffs' Unopposed Motion for Entry of Tenth Circuit Mandate [Docket No. 76] and Plaintiffs' Emergency Motion to Enforce Remedy [Docket No. 77]. This Court entered judgment in favor of defendants on August 16, 2018. Docket No. 63. On appeal, the Tenth Circuit vacated the judgment and remanded the case for entry of an order vacating the North Fork Exception, 81 Fed. Reg. 91,811 (Dec. 19, 2016). Docket No. 69-1 at 22. The Tenth Circuit's mandate issued on April 24, 2020. Docket No. 74. It is


**ORDERED** that the Final Judgment [Docket No. 63] is **VACATED**. It is further

**ORDERED** that the North Fork Exception, 81 Fed. Reg. 91,811 (Dec. 19, 2016), is **VACATED**. It is further

**ORDERED** that Defendants and Defendant-Intervenor shall respond to Plaintiffs' Emergency Motion to Enforce Remedy [Docket No. 77] on or before **Monday, June 22, 2020**.

DATED June 15, 2020.