**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-3025-PAB

HIGH COUNTRY CONSERVATION ADVOCATES, *et al.*,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE, *et al.*,

    Federal Defendants, and

MOUNTAIN COAL, LLC,

    Defendant-Intervenor.

---

**PLAINTIFFS' MOTION TO SET DEADLINE FOR REPLY IN SUPPORT OF
EMERGENCY MOTION TO ENFORCE REMEDY DUE TO CHANGED
CIRCUMSTANCES MITIGATING URGENCY**

---

Plaintiffs High Country Conservation Advocates *et al.* (Conservation Groups) file this motion to notify the Court that action by the Colorado Division of Reclamation, Mining and Safety has mitigated the need for expedited review of Plaintiffs' Emergency Motion to Enforce Remedy, ECF No. 77.  Consequently, Conservation Groups request that the Court set a reply deadline fourteen days after Federal Defendants and Defendant-Intervenors Mountain Coal Company (Mountain Coal) file their response briefs, as provided by D.C.COLO.LCivR 7.1.

On June 18, 2020, the Colorado Division of Reclamation, Mining and Safety issued a cessation order requiring Mountain Coal to stop surface disturbing activities in the Sunset Roadless Area immediately.  Cessation Order, attached as Ex. 1.  The Cessation Order states,

1

"[n]otwithstanding BLM coal leases C-1362 and COC-67232, after reviewing the relevant facts and Orders from the 10th Circuit and the United States District Court, the Division has determined that Mountain Coal has failed to maintain its legal right to enter the Sunset Roadless area at the West Elk Mine." Cessation Order 3.  The Cessation Order does not prohibit further coal mining using roads that were constructed prior to the Tenth Circuit's decision in this case. *Id.* at 1, 3 (allowing Mountain coal to "access and continue current operations" in longwall panel 1, including maintenance and surface stabilization activities, and allowing ground stabilization in longwall panels 2, 3, and 4).  But the Cessation Order prohibits any additional surface disturbance in the Sunset Roadless Area, including both road construction and scraping of drilling pads. *Id.* at 3.  Because it stops surface disturbing activities in the Sunset Roadless Area, as requested in Plaintiffs' Emergency Motion to Enforce Remedy, the Cessation Order mitigates Conservation Groups' need for emergency relief.  ECF No. 77 at 13.

On June 18, 2020, Conservation Groups conferred with Federal Defendants and Mountain Coal to see whether they would like to jointly propose a more extended briefing schedule, but both parties indicated they were prepared to file their responses by June 22, 2020. Because the imminent harm to the Sunset Roadless Area is abated presently, Conservation Groups request the full fourteen days provided by the local rules to reply in support of their motion.  Both Mountain Coal and Federal Defendants oppose this request.  Mountain Coal intends to address it in its response.

Respectfully submitted June 19, 2020,

/s/ *Robin Cooley*

| | |
|---|---|
| Robin Cooley | Marta Darby |
| Earthjustice | Earthjustice |
| 633 16th Street, Suite 1600 | 633 16th Street, Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 623-9466 | (303) 623-9466 |
| Fax: (303) 623-8083 | Fax: (303) 623-8083 |
| rcooley@earthjustice.org | mdarby@earthjustice.org |

Counsel for Plaintiffs High Country Conservation Advocates, *et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I filed the foregoing **PLAINTIFFS' MOTION TO SET DEADLINE FOR REPLY IN SUPPORT OF EMERGENCY MOTION TO ENFORCE REMEDY DUE TO CHANGED CIRCUMSTANCES MITIGATING URGENCY** with the Court's electronic filing system, thereby generating service upon the following parties of record:

Michael Drysdale
DORSEY & WHITNEY LLP
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-5652
Facsimile: (612) 340-8800
Email: drysdale.michael@dorsey.com

Attorneys for Mountain Coal Company

Scott P. Sinor
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: sinor.scott@dorsey.com

Michelle-Ann C. Williams
U.S. Department of Justice-DC-#7611
P.O. Box 7611
Environment & Natural Resources Division
Washington, DC 20044-7611
(202) 305-0420
Fax: (202) 305-0506
Email: michelle-ann.williams@usdoj.gov

Paul Andrew Turcke
U.S. Department of Justice-DC-#7611
Environment and Natural Resources Division
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
(202) 353-1389
Fax: (202) 305-0506
Email: paul.turcke@usdoj.gov

Counsel for Federal Defendants

/s/ *Robin Cooley*
Counsel for Plaintiffs High Country Conservation Advocates, *et al.*