**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-3025-PAB

HIGH COUNTRY CONSERVATION ADVOCATES, et al.,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE, et al.,

    Federal Defendants, and

MOUNTAIN COAL COMPANY, LLC,

    Defendant-Intervenor.

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs High Country Conservation Advocates, WildEarth Guardians, Center for Biological Diversity, Sierra Club, and Wilderness Workshop hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment (Docket No. 99) entered in this case on October 2, 2020. Plaintiffs appeal pursuant to 28 U.S.C. § 1291.

Respectfully submitted October 5, 2020,

/s/ *Robin Cooley*

| | |
|---|---|
| Robin Cooley | Marta Darby |
| Earthjustice | Earthjustice |
| 633 16th Street, Suite 1600 | 633 16th Street, Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 623-9466 | (303) 623-9466 |
| Fax: (720) 550-5757 | Fax: (720) 550-5757 |
| rcooley@earthjustice.org | mdarby@earthjustice.org |

Attorneys for Plaintiffs High Country Conservation Advocates, et al.

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2020, I filed the foregoing **PLAINTIFFS' NOTICE OF APPEAL** with the Court's electronic filing system, thereby generating service upon the following parties of record:

| | |
|---|---|
| Michael Drysdale<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Ste. 1500<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-5652<br>Facsimile: (612) 340-8800<br>Email: drysdale.michael@dorsey.com<br><br>Attorney for Respondent/Defendant-Intervenors Mountain Coal Company | Scott P. Sinor<br>DORSEY & WHITNEY LLP<br>1400 Wewatta Street, Suite 400<br>Denver, CO 80202<br>Telephone: (303) 629-3400<br>Facsimile: (303) 629-3450<br>Email: sinor.scott@dorsey.com<br><br>Attorney for Respondent/Defendant-Intervenors Mountain Coal Company |

John S. Most
Paul Turcke
United States Department of Justice
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-3353
john.most@usdoj.gov
paul.turcke@usdoj.gov

Attorney for Federal Defendants/Respondents

*/s/ Robin Cooley*